# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 92 DB 2015  (No. 59 RST 2015) |
| | : | |
| | : | |
| GREGORY WALTER KLIPSTEIN | : | Attorney Registration No.  84221 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 27th day of August, 2015, the Report and Recommendation of Disciplinary Board Member dated August 19, 2015, is approved and it is ORDERED that Gregory Walter Klipstein, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.